JRS/TPW: USAO 2016R00292

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

2016 MAY 11 P 4:37

CLERK'S OFFICE
AT GREENBELT
BY ___ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.  DKC 16cr0232 |
| | * | |
| CURTIS PORTLAND LITTEN, | * | (Felon in Possession of a Firearm, |
| | * | 18 U.S.C. § 922(g)(1); Forfeiture, |
| Defendant | * | 18 U.S.C. § 924(d), 21 U.S.C. § 853, |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
**(Felon in Possession of a Firearm)**

The Grand Jury for the District of Maryland charges that:

On or about March 24, 2016, in the District of Maryland, the defendant,

**CURTIS PORTLAND LITTEN,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce, the following firearms and ammunition: (i) one Harrington & Richardson .22 caliber handgun; (ii) one Harrington & Richardson .38 caliber handgun; and (iii) one Mossberg 12-gauge shotgun.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

### Firearms Forfeiture

2. As a result of the offense set forth in Count One, the defendant,

**CURTIS PORTLAND LITTEN,**

shall forfeit to the United States the firearms identified in Count One and involved in that offense.

18 U.S.C. §§ 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

*Rod J. Rosenstein* /TL
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

May 11, 2010
Date

2